IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST DANIEL MEDINA,<br><br>    Plaintiff,<br><br>vs.<br><br>M. MOSQUEDA, et al.,<br><br>    Defendants.<br>_____/ | 1:08-cv-01854-LJO-WMW (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE CERTIFIED TRUST ACCOUNT STATEMENT<br><br>(Motion#11)<br><br>30-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 23, 2009, plaintiff filed a motion to extend time to file Certified Trust Account Statement. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file Certified Trust Account Statement.

IT IS SO ORDERED.

**Dated:　May 4, 2009**　　　　　　　　　　/s/ William M. Wunderlich
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE